UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENHANCED SOFTWARE PRODUCTS, INC., a Washington Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>OREGON CENTRAL CREDIT UNION, an Oregon State Chartered Credit Union,<br><br>                Defendant. | NO. CV-05-0161-EFS<br><br>**ORDER RULING ON THE PARTIES' STIPULATED MOTIONS** |

    Before the Court, without oral argument, are the parties' Stipulated Motion to Release Funds Held in the Court Registry (Ct. Rec. 263), Stipulated Motion to Withdraw Defendant's Motion for Sanctions, Attorney Fees and Costs (Ct. Rec. 264), and Stipulated Motion for Order of Dismissal (Ct. Rec. 265). As the parties have reached settlement, the Court finds good cause to grant the stipulated motions.

    Accordingly, **IT IS HEREBY ORDERED:**

    1. The parties' Stipulated Motion to Release Funds Held in the Court Registry **(Ct. Rec. 263)** is **GRANTED**. The Clerk of the Court is

ORDER-- *1*

ordered to issue a check from funds deposited into the registry of the Court. The check shall be made payable to Oregonians Credit Union and sent to Larkins Vacura LLP, 808 SW Third Avenue, Suite 540, Portland, Oregon 97204.

2. The parties' Stipulated Motion to Withdraw Defendant's Motion for Sanctions, Attorney Fees and Costs **(Ct. Rec. 264)** is **GRANTED**.

3. The parties' Stipulated Motion for Order of Dismissal (**Ct. Rec. 265)** is **GRANTED**.

4. Any remaining pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to counsel and the Financial Administrator and **CLOSE THIS FILE.**

**DATED** this 21st day of December 2006.

> s/Edward F. Shea
> EDWARD F. SHEA
> UNITED STATES DISTRICT JUDGE

Q:\Civil\2005\0161.closing.motions.wpd

ORDER-- *2*